**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1004**

———————

EDMUND AWAH,

                                        Plaintiff - Appellant,

        versus

CENTER    FOR    INTERNATIONAL    EDUCATION,
INCORPORATED,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:06-cv-01280-RDB)

———————

Submitted:    April 19, 2007        Decided:   April 24, 2007

———————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edmund Awah, Appellant Pro Se. Leslie Robert Stellman, HODES,
ULMAN, PESSIN & KATZ, PA, Towson, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund Awah appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Awah v. Center for Int'l Educ., Inc.</u>, No. 1:06-cv-01280-RDB (D. Md. Dec. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>